Form 7-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 7

| | |
|---|---|
| PF America Inc.,<br><br>         Plaintiff,<br>   v.<br>United States,<br><br>          Defendant. | Court No.  22-00020 |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 1/14/2026 _____

/s/ Jason M. Kenner
_____
Signature of Plaintiff's Attorney

Jason M. Kenner
_____
Attorney for Plaintiff

Sandler, Travis & Rosenberg, P.A.
_____
Firm

286 Madison Avenue, Suite 1200
_____
Street Address

New York, New York 10017
_____
City, State and Zip Code

(212) 549-0137
_____
Telephone Number

jkenner@strtrade.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-00020 | PF America Inc. | 110221100475 | 73990109800 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
                    Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)